UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:23-CV-2411-ACC-LHP

JSJS ENTERTAINMENT INC,

    Plaintiff,

v.

AMGUARD INSURANCE COMPANY,

    Defendant.
_____/

**<u>NOTICE OF SETTLEMENT</u>**

    Plaintiff, JSJS ENTERTAINMENT INC, hereby gives notice that the parties reached an amicable settlement of all claims. The Parties are in the process of finalizing documentation related to their respective agreements and will file appropriate documentation for the Court's review as soon as the same is finalized and agreed upon.

    */S/Tamara Braz*_____
    **TAMARA BRAZ, ESQ.**
    Florida Bar No.: 95073
    The Lawgical Firm
    3191 Maguire Blvd
    Orlando, FL 32803
    Telephone: (407) 433-4131
    Primary email: tbraz@thelawgicalfirm.com

Secondary emails: eservice@thelawgicalfirm.com
mlamourt@thelawgicalfirm.com

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically with the Clerk of Court using CM/ECF, and/or via email to all persons listed below on June 16, 2025.

                                                   */S/Tamara Braz*_____
                                                   **TAMARA BRAZ, ESQ.**
                                                   Florida Bar No.: 95073
                                                   **DAVID A. DUBE, ESQ.**
                                                   Florida Bar No.: 1021678
                                                   **CRYSTAL A. KANTZAS, ESQ.**
                                                   Florida Bar No.:1038630
                                                   The Lawgical Firm
                                                   3191 Maguire Blvd
                                                   Orlando, FL 32803
                                                   Telephone: (407) 433-4131
                                                   Primary email: tbraz@thelawgicalfirm.com
                                                                      ddube@thelawgicalfirm.com
                                                                     crystal.kantzas@thelawgicalfirm.com
                                                   Secondary emails: eservice@thelawgicalfirm.com
                                                                      mlamourt@thelawgicalfirm.com

**MATTER: 2023050013**

## SERVICE LIST

Wadsworth, Margrey & Dixon, LLP
David Echavarria, Esq.
Florida Bar No. 027720
de@wd-law.org
*Attorneys for Defendant*
*Federal Insurance Company*