# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

## ORLANDO DIVISION

### CASE NO. 6:23-CV-2411-ACC-LHP

JSJS ENTERTAINMENT INC

     Plaintiffs,

vs.

AMGUARD INSURANCE
COMPANY,

     Defendant.

_____/

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS STIPULATED AND AGREED** by and between Plaintiff(s), JSJS ENTERTAINMENT INC, and Defendant, AmGUARD Insurance Company, through their undersigned attorneys, that the above-captioned cause shall be dismissed with prejudice, having resolved all issues related to same, including fees and costs. The parties further agree that the Court shall retain jurisdiction to enforce the settlement agreement.

Tamara Braz, Esq.                          David Echavarria, Esq.
The Lawgical Firm                          Wadsworth Margrey & Dixon, L.L.P.
3191 Maguire Blvd.,                        The Jane Building
STE. 160                                   261 N.E. 1st Street
Orlando, Florida 32803                     5th Floor
                                           Miami, Florida 33132

/s/ Tamara Braz_____                    /s/ David Echavarria_____

Signature: Attorney for Plaintiff
FL Bar No.: 95073

Signature: Attorney for Defendant
FL Bar No.: 27720

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served

electronically with the Clerk of Court using CM/ECF, and/or via email to all persons

listed below on September 9, 2025.

/s/Tamara Braz
**DAVID A. DUBE, ESQ.**
Florida Bar No.: 1021678
**TAMARA BRAZ, ESQ.**
Florida Bar No.: 95073
**CRYSTAL A. KANTZAS, ESQ.**
Florida Bar No.:1038630
The Lawgical Firm
3191 Maguire BLVD, STE 106
Orlando, FL 32803
Telephone: (407) 433-4131
Primary email: ddube@thelawgicalfirm.com
tbraz@thelawgicalfirm.com
crystal.kantzas@thelawgicalfirm.com
Secondary emails: eservice@thelawgicalfirm.com

## SERVICE LIST

Wadsworth, Margrey & Dixon, LLP
David Echavarria, Esq.
Florida Bar No. 27720
de@wmd-law.org
Attorneys for Defendant
Federal Insurance Company

**MATTER: 2023050013**